**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
Apatel@apatellaw.com

**MEMO ENDORSED**

Telephone 212-349-0230

**By ECF**

May 28, 2020

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

                Re:    United States v. Joaquin Thatcher
                         13 Cr. 847 (KMK)

Dear Judge Karas:

    Mr. Thatcher has asked me to represent him on a motion for compassionate release. Accordingly, I respectfully request that Your Honor reappoint me pursuant to the Criminal Justice Act for that purpose.

    I hope this letter finds you, your family and your staff safe and well.

Granted.

So Ordered.

/s/ Kenneth M. Karas
5/29/20

Respectfully submitted,

    /s/ Andrew Patel
Andrew G. Patel

cc:    All counsel (by ECF)