**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
Apatel@apatellaw.com                                                                Telephone 212-349-0230

**By ECF**

June 11, 2020

**MEMO ENDORSED**

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

                        Re:    <u>United States v. Joaquin Thatcher</u>
                                 13 Cr. 847 (KMK)

Dear Judge Karas:

      I respectfully request that Your Honor withdraw the Order issued earlier today [Doc No. 320] directing the Government to respond to what appeared to be Mr. Thatcher motion for compassionate release.

      I have now had an opportunity to communicate with Mr. Thatcher. Mr. Thatcher did not intend his submission [Doc. No. 319] to be his motion for compassionate release. He sent that document to the Court as proof of the fact that he had requested relief form the Bureau of Prisons before requesting compassion release from Your Honor. I will file a motion for compassionate release after I have received Mr. Thatcher's medical records.

      Mr. Thatcher has assured me that all future submissions will come from counsel and we apologize for any inconvenience this submission may have caused.

                                                            Respectfully submitted,

Granted. The Government can stand down until Mr. Patel files the Compassionate Release Motion. Thanks for the heads up.

                                                             /s/Andrew Patel
So Ordered.                                                   Andrew G. Patel

                    6/11/20

cc:    All counsel (by ECF)
        Joaquin Thatcher (by Legal Mail)