**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, NY 10004
apatel@apatellaw.com
Fax: 646-304-6604

Telephone: 212-349-0230

## MEMO ENDORSED

**By ECF**

December 28, 2020

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Joaquin Thatcher
13 Cr. 847 (KMK)

Dear Judge Karas:

This letter is respectfully submitted to supplement Joaquin Thatcher's request that Your Honor reconsider his November 3, 2020 motion for compassionate release. (Dkt. # 330).

This afternoon I received two emails from Mr. Thatcher. In the first email, Mr. Thatcher informed me that his unit was "going under quarantine lock down because three people tested positive for the COVID" in his unit this morning. In the second email, Mr. Thatcher informed me that this afternoon, his roommate tested positive.

Sadly, this news seems almost inevitable.

Respectfully submitted,

/s/Andrew Patel

Andrew G. Patel

cc: All counsel by ECF

---

The motion to reconsider the denial of Mr. Thatcher's Compassionate Release request is denied. While it may have been inevitable that the COVID numbers would rise in the facility where Mr. Thatcher is being housed, it also is inevitable that the COVID numbers everywhere would rise. However, it still remains the case that Mr. Thatcher does not suffer from any of the health ailments that place others at higher risk from COVID-19 and that the Sectio 3553(a) factors weigh against early release.

So Ordered.

12/31/20