**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com                                                    Telephone 212-349-0230

MEMO ENDORSED

By Email and ECF

October 18, 2023

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

                            Re:    United States v. Joaquin Thatcher
                                      13 Cr. 847 (KMK)

Dear Judge Karas:

      This letter is respectfully submitted to request that I be reappointed to represent Mr. Thatcher *nunc pro tunc* to October 10, 2013.

Granted.                                              Respectfully submitted,

So Ordered.                                           ___/s/Andrew Patel
                                                      Andrew G. Patel

10/19/23