**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com                                        Telephone 212-349-0230

**By Email and ECF**

December 13, 2023

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

                              Re:   United States v. Joaquin Thatcher
                                    13 Cr. 847 (KMK)

Dear Judge Karas:

    This letter is respectfully submitted to request that conference on the violation of supervised release, previously scheduled for December 14, 2023, be adjourned for approximately 30 days to a date in mid-January that is convenient to Your Honor.

    I have been informed that Mr. Thatcher will be produced to the MDC on Thursday, December 14th. Due to prior commitments, I will not be able to meeting with Mr. Thatcher until Saturday, December 16th. Both Assistant United States Attorney Scott Hartman and I have been working on obtaining copies of the underlying paper work from Mr. Thatcher's state case which gave rise to the VOSR.

    To give me sufficient time to obtain the necessary paperwork and to meet with Mr. Thatcher, I respectfully request this adjournment. It is my understanding that the Government has no objection to this request.

*[Handwritten: Granted. The conference is Adjourned until 1/24/24 at 11:30 A.M.*
*12/15/2023]*

Respectfully submitted,

/s/Andrew Patel
Andrew G. Patel

cc:   AUSA Scott Hartman (by ECF & email)
      USPO Erica Cudina (by email)